UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN G. EBERT, | ) No. CV-04-0429-CI |
|     Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO ) VOLUNTARILY DISMISS CAPTIONED ) MATTER UNDER FED. R. CIV. P. |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) 41(A)(2) ) ) |
|     Defendant. | ) ) |

BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss the captioned matter, construed as a Motion under FED. R. CIV. P. 41(a)(2). (Ct. Rec. 11.) Attorney Lana Cece Glenn represents Plaintiff; Chief Civil Assistant United States Attorney Pam DeRusha represents Defendant. The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6.) There is no objection to the dismissal by Defendant. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion **(Ct. Rec. 11)** is **GRANTED;** the Complaint and claims are **DISMISSED WITHOUT PREJUDICE.**

2. The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant. The file shall be **CLOSED** and judgment entered in accordance with this Order.

DATED June 6, 2005.

                S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS - 1